# EXHIBIT 1

## FLSA CONSENT TO SUE

I, Yasmin Weston, consent to be a plaintiff and wish to participate in a Fair Labor Standards Act collective action lawsuit against Wireless Advocates LLC seeking to recover overtime wages allegedly owed to me and similarly situated non-exempt employees of Wireless Advocates LLC.

Date: April 10, 2014

_____
Yasmin Weston