Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel: (310) 312-6800
Fax: (310) 943-2582

Sahag Majarian II (SBN 146621)
sahagii@aol.com
Law Office of Sahag Majarian II
18250 Ventura Boulevard
Tarzana, California 91356
Tel: (818) 609-0807
Fax: (818) 609-0892

Attorneys for Plaintiff
YASMIN WESTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YASMIN WESTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS ADVOCATES LLC; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 14-01705 RMW<br><br>**STIPULATION RE DISMISSAL AND [PROPOSED] ORDER THEREON** |

    Plaintiff Yasmin Weston ("Plaintiff") and defendant Wireless Advocates LLC ("Defendant") submit the following Stipulation re Dismissal and mutually request the Court to enter an order in accordance herewith.

**STIPULATION**

    1.    Plaintiff, along with individual claims against Defendant, asserts collective action claims under the FLSA and class action claims under state law against Defendant.

    2.    The parties have entered into a settlement agreement, providing for:

      a)      dismissal of Plaintiff's collective and class action claims without prejudice;

      b)      dismissal of Plainmtiff's individual claims with prejudice;

      c)      each party to bear their own costs and fees (except as otherwise provided for by the settlement).

3.      Pursuant to the settlement, Plaintiff hereby requests dismissal of her collective action and class actions claims without prejudice and dismissal of her individual claims with prejudice, with each party to bear its own costs and fees (except as otherwise provided for by the settlement)

Dated:  December 22, 2015                        KARASIK LAW FIRM

                                                By:    /s/ Gregory N. Karasik
                                                         Gregory N. Karasik
                                                         Attorney for Plaintiff

Dated:  December 22, 2015                        LITTLER MENDELSON, P.C.

                                                By:    /s/ Marlene S. Muraco
                                                         Marlene S. Muraco
                                                         Attorneys for Defendant

## ORDER

Good cause having been shown, the foregoing Stipulation re Dismissal is hereby APPROVED and IT IS HEREBY ORDERED:

1.      Plaintiff's collective action and class action claims are dismissed without prejudice.

2.      Plaintiff's individual claims are dismissed with prejudice.

3.      Except as otherwise provided by the parties' settlement agreement, each party shall bear its own respective costs and fees.

Dated: _____      _____
                                                     United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION RE DISMISSAL AND [proposed] ORDER THEREON